United States District Court
Southern District of Texas

**ENTERED**

June 12, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MILENA SOFIA VILLASMIL NOBREGA, | § § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:26-3178 |
| WARDEN, MONTGOMERY PROCESSING CENTER, *et al.* | § § § § | |
| Respondents. | § | |

## <u>ORDER OF DISMISSAL</u>

Petitioner Milena Sofia Villasmil Nobrega filed this habeas petition when detained in the custody of officials with Immigration and Customs Enforcement (ICE). On June 8, 2026, the respondents filed a motion to dismiss the petition and state that the petitioner was removed from the United States on May 31, 2026, before this Court entered an order to answer.

Because the petitioner is no longer in the respondents' custody, the respondents' motion to dismiss the petition as moot (Dkt. 7) is **GRANTED**.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on _____June 12_____, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE